# UNITED STATES DISTRICT COURT

for the
Northern District of Florida

| | |
|---|---|
| **ABC IP, LLC, A Delaware Limited Liability Company;**<br>**Rare Breed Triggers, Inc., A Texas Corporation** | ) |
| | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. 1:26-cv-00126-MW- |
| v. | ) HTC |
| | ) |
| | ) |
| **John Faulkner, an individual d/b/a Firearms Depot** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Scott Hart, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 8, 2026, at 9:09 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to John Faulkner d/b/a Firearms Depot in Alachua County, FL on June 8, 2026 at 1:51 pm at 25430 NW 8th Ln, Ste 124, Newberry, FL 32669-3518 by leaving the following documents with John Faulkner who as OWNER is authorized by appointment or by law to receive service of process for John Faulkner d/b/a Firearms Depot.

1-7- AO 120.pdf
2- Corporate Disclosure Statement.pdf
1-2- Ex B.pdf
7- Civil Cover Sheet.pdf
1-1- Ex A.pdf
1-6- Civil Cover Sheet.pdf
9- Clerk Issued Summons.pdf
1- Complaint.pdf
1-3- Ex C.pdf
1-4- Ex D.pdf
1-5- Ex I.pdf
6- AO 120 Filed with USPTO.pdf

Additional Description:
Registered Agent: CORPORATE SERVICE: I served and explained the contents to the registered agent pursuant to F.S. 48.081 (3)(a)
Race: White, Sex: Male, Est. Age: 55-64, Hair: no, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=29.6561271821,-82.6117783216
Photograph: See Exhibit 1

Total Cost: $214.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Scott Hart*

Executed in

Alachua County ,

FL    on    6/9/2026    .

Signature
Scott Hart
2021-005, 3rd Judicial Circuit
+1 (407) 697-9592
10004 NW 4th Pl, Gainesville, FL 32607

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| **ABC IP, LLC, A Delaware Limited Liability Company; Rare Breed Triggers, Inc., A Texas Corporation** <br><br> *Plaintiff* <br><br> v. <br><br> **John Faulkner, an individual d/b/a Firearms Depot** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:26-cv-00126-MW-HTC <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Scott Hart, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 8, 2026, at 9:09 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to John Faulkner d/b/a Firearms Depot in Alachua County, FL on June 8, 2026 at 1:51 pm at 25430 NW 8th Ln, Ste 124, Newberry, FL 32669-3518 by leaving the following documents with John Faulkner who as OWNER is authorized by appointment or by law to receive service of process for John Faulkner d/b/a Firearms Depot.

1-7- AO 120.pdf
2- Corporate Disclosure Statement.pdf
1-2- Ex B.pdf
7- Civil Cover Sheet.pdf
1-1- Ex A.pdf
1-6- Civil Cover Sheet.pdf
9- Clerk Issued Summons.pdf
1- Complaint.pdf
1-3- Ex C.pdf
1-4- Ex D.pdf
1-5- Ex I.pdf
6- AO 120 Filed with USPTO.pdf

Additional Description:

Registered Agent: CORPORATE SERVICE: I served and explained the contents to the registered agent pursuant to F.S. 48.081 (3)(a)

Race: White, Sex: Male, Est. Age: 55-64, Hair: no, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 6' to 6' 3".

Geolocation of Serve: https://google.com/maps?q=29.6561271821,-82.6117783216

Photograph: See Exhibit 1

Total Cost: $214.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Scott Hart*

Executed in

Signature

Alachua County ,

Scott Hart

2021-005, 3rd Judicial Circuit

FL      on    6/9/2026    .

+1 (407) 697-9592

10004 NW 4th Pl, Gainesville, FL 32607



Exhibit 1a)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | |
|---|---|
| ABC IP, LLC, a Delaware Liimted Liability Company and Rare Breed Trigger, Inc., a Texas Corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>John Faulkner, an individual d/b/a Firearms Depot<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:26-cv-00126-MW-HTC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Faulkner
d/b/a Firearms Depot
25430 NW 8th LN,  #124
Newberry, FL 32669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glenn D. Bellamy
Wood Herron & Evans, LLP
600 Vine Street,
Suite 2800
Cincinnati, Ohio 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J LYUBLANOVITS

*CLERK OF COURT*

Date:      05/29/2026



s/ KELLI MALU, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00126-MW-HTC

John Faulker

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: