IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| | CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC et al., | |
| Plaintiffs, | CASE NO. 4:26-cv-00847-ALM |
| vs. | |
| JON FAULKNER d/b/a FIREARMS DEPOT, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

The undersigned hereby gives notice that he appears as co-counsel for Defendant Jon Faulkner d/b/a Firearms Depot in the above-captioned case.

Dated: July 21, 2026

EMERSON, THOMSON & BENNETT, LLC

*/s/ Sergey Vernyuk*
John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile
*Attorneys for Defendants*

1