**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

ABC IP, LLC, and RARE BREED TRIGGERS, INC.,

        Plaintiffs,

   v.

JOHN FAULKNER d/b/a FIREARMS DEPOT,

        Defendants.

CASE NO.: 4:26-CV-00847-ALM

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Plaintiffs ABC, IP, LLC, and Rare Breed Triggers, Inc. in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: August 14, 2026

Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, August 14, 2026, with a copy of this document via the Court's CM/ECF system.

/s/ Melissa R. Smith
Melissa R. Smith

2