**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JON FAULKNER, an individual, d/b/a FIREARMS DEPOT,<br><br>Defendant. | Civil Action No. 4:26-cv-00847-ALM |

**ORDER GRANTING MOTION TO WITHDRAW**

Pending before the Court is the Unopposed Motion to Withdraw filed by counsel for Defendant John Faulkner d/b/a Firearms Depot (Dkt. #21). Having considered the motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that John M. Skeriotis and Sergey Vernyuk of Emerson, Thomson & Bennett, LLC are WITHDRAWN as counsel of record for Defendant John Faulkner d/b/a Firearms Depot. The Clerk is directed to terminate electronic notice to withdrawing counsel as to this Defendant only.

**IT IS SO ORDERED.**